UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FRANCISCO CUADROS,**

Plaintiff,

v.                                                    **No. 4:25-cv-1324-P-BJ**

**AMERICAN AIRLINES,**

Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 14. Plaintiff filed Objections on March 30, 2026, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge *de novo* reviewed the proposed Findings, Conclusions, and Recommendation and the Objections. Accordingly, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's objections are **OVERRULED**. The Court therefore **AFFIRMS** the Magistrate's decision. The above captioned and styled case is, therefore, hereby **DISMISSED with prejudice** and any request for leave to amend is **DENIED**. This is a **FINAL JUDGMENT** for purposes of appeal.

**SO ORDERED** on this **7th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE